■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY DEAN, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J.—grand larceny, third degree.) Present—Dillon, P. J., Callahan, Denman, Boomer and Pine, JJ.

■ THOMAS M. KROWICKI, Individually and as Administrator of the Estate of JUDITH V. KROWICKI, Deceased, Appellant, v ST. ELIZABETH HOSPITAL, et al., Respondents, et al., Defendants. (Appeal No. 1.)—Order and judgment unanimously affirmed, without costs. Memorandum: The second cause of action in the complaint is governed by the two-year period of limitation for the commencement of a wrongful death action (EPTL 5-4.1) and not by the 2½-year period applying to an action for medical malpractice (CPLR 214-a), notwithstanding the fact that the death allegedly resulted from medical malpractice *(Morano v St. Francis Hosp.,* 100 Misc 2d 621; *Baxter v Zeller,* 42 Ore App 873, 601 P2d 902). An action for wrongful death, regardless of the cause, did not exist at common law and is solely a creation of statute *(Ratka v St. Francis Hosp.,* 44 NY2d 604). The statute creating the cause of action (EPTL 5-4.1) contains its own period of limitation. Had the Legislature intended that death actions caused by malpractice be subject to the period of limitation applicable to malpractice actions, it could have so provided. (Appeal from order and judgment of Supreme Court, Herkimer County, Donovan, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Boomer and Pine, JJ.

■ THOMAS M. KROWICKI, Individually and as Administrator of the Estate of JUDITH V. KROWICKI, Deceased, Appellant, v ST. ELIZABETH HOSPITAL et al., Defendants, and STUART SCHWARTZ et al., Respondents. (Appeal No. 2.)—Order unanimously affirmed, without costs. (Same mem as in *Krowicki v St. Elizabeth Hosp.* [Appeal No. 1], 113 AD2d 1023.) (Appeal from order of Supreme Court, Herkimer County, Donovan, J.—summary judgment.) Present—Dillon, P. J., Callahan, Denman, Boomer and Pine, JJ.